Gregory B. Smith USB 6657
GREG SMITH & ASSOCIATES
111 East 5600 South #105
Murray, Utah 84107
Telephone: (801) 641-3397
Email:  gs@justiceinutahnow.com

*Attorney for Plaintiff, Michael Johnson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AEROSCAPE, INCORPORATED and RYAN BROWN,<br><br>    Defendants. | **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Case No. 2:19-cv-00041-JNP-PMW<br><br>Judge Jill Parish<br>Magistrate Judge Paul M. Warner |

Pursuant to FRCP 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this action, and all claims that were or could have been asserted in this action, with prejudice. The Rule states the Plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."

Dated this 24th day of September 2021.

/s/ Gregory B. Smith, esq.<br>Gregory B. Smith, attorney for Mr. Johnson

Approved as to form:
/s/ Andrew V. Collins
*Attorneys for Defendants*